UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

DAVID BALLENTINE,

               Plaintiff,

-against-

LIEUTENANT SHAWN CHARLSON;
POLICE OFFICER GEORGE MARTUCCI,
Shield No. 5739; and POLICE OFFICER
ANNA COVENEY, Shield No. 19391,

               Defendants.

------------------------------------------------------X

ORDER
09 CV 5701 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

By Order dated January 12, 2010, the Court directed Corporation Counsel to ascertain the full names and service addresses of the three officers who were involved in plaintiff's arrest on March 7, 2009. Document 4. By letter dated February 12, 2010, Corporation Counsel provides the names and service addresses of the following officers:

>Lieutenant Shawn Charlson
>81st Precinct
>30 Ralph Avenue
>Brooklyn, New York 11221
>
>Police Officer George Martucci, Shield # 5739
>81st Precinct
>30 Ralph Avenue
>Brooklyn, New York 11221
>
>Police Officer Anna Coveney, Shield # 19391
>81st Precinct
>30 Ralph Avenue
>Brooklyn, New York 11221

Plaintiff's complaint is hereby deemed amended to reflect the full names of these defendants.

The Clerk of Court is directed to prepare the necessary papers to have defendants Charlson,



Martucci, and Coveney served with process. The United States Marshals Service is directed to serve the amended summons and complaint on these defendants at the above addresses.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: February 16, 2010
      Brooklyn, New York